

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-85,225-03 AND -04

### EX PARTE ANTONIO MOORE, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. 14F0611-102-B AND 14F0612-102-B IN THE 102ND DISTRICT COURT FROM BOWIE COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of felony murder and intoxicated assault and sentenced to imprisonment.

On October 26, 2018, the trial court entered orders designating issues regarding each habeas application. The habeas records forwarded to this Court, however, have no findings from the trial court resolving the designated issues. These habeas applications are remanded to the 102nd District Court of Bowie County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: April 17, 2019
Do not publish